#301159                                                              0228-7950

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT T. HEBERT** | **CIVIL ACTION 05-5526** |
| **VERSUS** | **SECTION "K"** |
| **MNM BOATS** | **MAG. "5"** |

## ORDER OF DISMISSAL

Upon consideration of the foregoing Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss is hereby granted;

**IT IS HEREBY FURTHER ORDERED** that the above-entitled and numbered action be and the same is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __15th__ day of June, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

3